PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

April 8, 2021

> Conference adjourned from April 22, 2021
> to May 27, 2021 at 11:30 a.m. by telephone.
> Dial-in: 1-888-363-4749; Access Code: 3667981.
> SO ORDERED.
> Dated: 4/13/2021
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Matthew M. Riccardi
MRiccardi@perkinscoie.com
D. +1.212.261.6861
F. +1.212.399.8073

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Barli v. PNC Bank*, Case No. 20-cv-11027-PKC

Dear Judge Castel:

We represent PNC Bank, National Association, Midland Loan Services, Alter Domus (misspelled in the First Amended Complaint (ECF No. 9) as "AlterDormus"), and Matthew Vilimas (the "Servicer Defendants"), who are a subset of the defendants in the above-captioned action. The date of the first pre-trial conference is currently April 22, 2021.

We write with the consent of all parties to request the adjournment of the April 22 conference because Plaintiffs and the Servicer Defendants have just finalized a stipulation (ECF No. 23) regarding acceptance of service of the First Amended Complaint[1] and because the Servicer Defendants anticipate submitting a pre-motion letter regarding a proposed motion to dismiss which may be granted in full or substantially narrow the issues in dispute.

Consistent with Rule 1.B of Your Honor's Individual Practices, the parties jointly request that the initial pre-trial conference be adjourned to the later of 14 days after the defendants file their answers or the briefing on any motions to dismiss has been completed. This is the second

---

[1] Plaintiffs filed the initial complaint on December 29, 2020 (ECF No. 1). Pursuant to this Court's order, dated December 30, 2020 (ECF No. 2), Plaintiffs filed the First Amended Complaint on January 26, 2021 (ECF No. 6) (re-filed due to filing errors on January 28 (ECF No. 8) and January 31 (ECF No. 9)). Electronic summons was issued on February 9, 2021 (ECF No. 12).

151924763.4
Perkins Coie LLP

The Honorable P. Kevin Castel
April 8, 2021
Page 2

request for an adjournment of the first pre-trial conference.  The conference was previously set for March 1, 2021 and adjourned on request of the parties (ECF Nos. 18, 21).

Respectfully submitted,

/s/ Matthew M. Riccardi

Matthew M. Riccardi


cc: All counsel of record (by ECF)